IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYCO INTEGRATED SECURITY LLC, | CIVIL ACTION |
| Plaintiff, | |
| | No. 13-cv-3003-SD |
| v. | |
| INTEGRATED SECURITY HOLDINGS GROUP, LLC, et al. | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tyco International LLP ("Plaintiff"), and Defendants Integrated Security Holdings Group, LLC, d/b/a Integrated Security & Communications ("ISC"), Thomas Catagnus, John Pichola, and Joel Richman (collectively, "Defendants"), by and through their respective counsel their counsel of record, hereby file this voluntary Stipulation of Dismissal pursuant to a Settlement Agreement. The parties stipulate that the above-captioned action, including all Claims, Counterclaims, Counts, and/or Demands, shall be dismissed *with prejudice* and without costs, expenses and attorneys' fees to any of the undersigned parties against the others. The

(*continued on next page*)

parties also stipulate, and respectfully request, that this Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement between Plaintiff and Defendants.

**IT IS SO STIPULATED:**

| PEPPER HAMILTON LLP | WHITE AND WILLIAMS LLP |
|---|---|
| /s/ M. Kelly Tillery, Esquire | /s/ Peter J. Mooney, Esquire |
| M. Kelly Tillery, Esquire | Peter J. Mooney, Esquire |
| Desa L. Burton, Esquire | Edward T. Fisher, Esquire |
| Noah S. Robbins, Esquire | WHITE AND WILLIAMS LLP |
| PEPPER HAMILTON LLP | 1650 Market Street |
| 3000 Two Logan Square | One Liberty Place, Suite 1800 |
| Eighteenth and Arch Streets | Philadelphia, PA 19103 |
| Philadelphia, PA 19103-2799 | Telephone: 215-864-7164/6310 |
| Telephone: 215-981-4000 | mooneyp@whiteandwilliams.com |
| tilleryk@pepperlaw.com | fishere@whiteandwilliams.com |
| burtond@pepperlaw.com | *Attorneys for Defendants* |
| robbinsn@pepperlaw.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATION OF CONSENT

Pursuant to Local Rule 5.1.2.9(c), I hereby certify that Peter J. Mooney, Esquire, has consented to the use of his electronic signature in connection with the filing of this Stipulation.

/s/ Desa L. Burton
Desa L. Burton, Esquire

## CERTIFICATE OF SERVICE

I, Desa L. Burton, hereby certify that on **December 27, 2013**, a true and correct copy of the foregoing Stipulation was served upon all counsel of record through the Court's CM/ECF system.

/s/ Desa L. Burton
Desa L. Burton, Esquire